David E. Edwards, V68885
Bldg. 1 / #108
CSP Solano
P. O. Box 4000
Vacaville, CA 95696-4000

FILED

08 AUG 14 AM 9: 56

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID E. EDWARDS,<br>Petitioner<br><br>vs.<br><br>WARDEN SISTO,<br>Respondent. | CASE NO.: 4:08-CV-02842-WHA<br><br>OBJECTION TO ASSIGNMENT OF<br>CASE NUMBERS 4:08-CV-02842-CW<br>AND 3:08-CV-02841-WHA TO A SINGLE<br>JUDGE |

**OBJECTION TO ASSIGNMENT OF CASE NUMBER 4:08-CV-02843-CW
AND 3:08-CV-02841-WHA TO A SINGLE JUDGE**

Petitioner, David Edwards, Case No. 4:08-CV-02842-CW has not had any response from this Court on his Petition for Writ of Habeas Corpus as of this date. Petitioner is aware of Case No. 3:08-CV-02841-WHA and the summary dismissal of eight of the eleven claims. Petitioner knows among the claims the order to show cause in Case No. 3:08-CV-02841-WHA dismissed were ones based on violations of the most basic Constitutional rights involving personal and subject matter jurisdiction and the authorities cited in the order were not on point and totally irrelevant to the case.

Having read the order to show cause in Case No. 3:08-CV-02841-WHA, Petitioner knows it to have been sarcastic and void of upholding the Constitution. Therefore Petitioner objects to his case being joined with Case No. 3:08-CV-02841-WHA. In the alternative the cases are joined, Petitioner requests they be assigned to the judge in his case No. 4:08-CV-08242-CW.

Wherefore, Petitioner prays that the Court does not join Case Nos. 3:08-CV-08241-WHA and 4:08-CV-08242-CW. I verify under penalty of perjury that the foregoing is true and correct.

Executed on: August 12, 2008

David E. Edwards, Petitioner

## CERTIFICATE OF SERVICE

I, Kathy Thaut, do hereby declare under penalty of perjury, that I am a citizen of the United States, over the age of 18 and not party to the action, and that I filed an original and one (1) copy of the **OBJECTION TO ASSIGNMENT OF CASE NUMBER 3:08-CV-02841-WHA AND 4:08-CV-02843-CW TO A SINGLE JUDGE**, with the United States District Court for the Northern District of California and one copy to the Attorney General of California listed below by placing with Federal Express overnight delivery service this the 12th day of August, 2007.

| | |
|---|---|
| Clerk of the Court<br>USDC Northern California<br>450 Golden Gate Avenue – 16th Floor<br>Box 36060<br>San Francisco, CA 94102 | Federal Express No: 8643 4968 3829 |
| Edmund G. Brown, Jr,<br>California Attorney General<br>Office of the Attorney General<br>455 Golden Gate Avenue<br>Suite 11000<br>San Francisco, CA  94102 | Federal Express No: 8643 4968 3830 |

Executed this the 12h day of August 2008.

_Kathy Thaut_
Kathy Thaut