David E. Edwards, V68885
Bldg. 3 / #142
CSP Solano
P. O. Box 4000
Vacaville, CA 95696-4000



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID E. EDWARDS, <br> Petitioner <br><br> vs. <br><br> WARDEN SISTO, <br> Respondent. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | CASE NO.: 4:08-CV-02842-WHA <br><br> CHANGE OF ADDRESS |

**NOTICE OF CHANGE OF ADDRESS**

Petitioner, David Edwards, Case No. 4:08-CV-02842-CW has recently been moved within the same prison facility. Petitioner's new location is Bldg. 3 / #142; CSP Solano; P. O. Box 4000; Vacaville, CA 95696-4000.

I verify under penalty of perjury that the foregoing is true and correct.

Executed on: August 15, 2008

_David E Edward_
David E. Edwards, Petitioner

Page 1 of 2

## CERTIFICATE OF SERVICE

  I, Kathy Thaut, do hereby declare under penalty of perjury, that I am a citizen of the United States, over the age of 18 and not party to the action, and that I filed an original and one (1) copy of the **NOTICE OF CHANGE OF ADDRESS**, with the United States District Court for the Northern District of California and one copy to the Attorney General of California listed below by placing with United States Postal Service this the 21st day of August, 2008.

Clerk of the Court
USDC Northern California
450 Golden Gate Avenue – 16th Floor
Box 36060
San Francisco, CA 94102


Edmund G. Brown, Jr,
California Attorney General
Office of the Attorney General
455 Golden Gate Avenue
Suite 11000
San Francisco, CA  94102

Executed this the 21st day of August 2008.

Kathy Thaut

David E. Edwards
Bldg. 3 / #142
CSP Solano
P.O. Box 4000
Vacaville, CA 95696-4000

94102+3426

Clerk of the Court
USDC Northern California
450 Golden Gate Avenue - 16th Floor
Box 36060
San Francisco, CA 94102

UNITED STATES POSTAGE
02 1P
0003304739    $000.42⁰
MAILED FROM ZIP CODE 98466
AUG 21 2008
PITNEY BOWES